UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORIGEN.AI, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>DANIEL BADAWI,<br><br>                    Defendant. | Case No. 2:26-cv-01558<br><br>**NOTICE OF AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

TO:   Greg Mansell
      85 8th Ave #6M
      New York, NY 10011
      (614)796-4325
      Greg@manselllawllc.com
      *Counsel for Defendant Daniel Badawi*

PLEASE TAKE NOTICE that as soon as counsel may be heard, Plaintiff OriGen.AI, Inc. ("OriGen") will move before the United States District Court for the District of New Jersey for an Order to Show Cause with Temporary Restraints pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1.

Plaintiff seeks an Order:  **(1)** enjoining Defendant **(a)** from accessing, using, or disclosing OriGen's confidential information, trade secrets, or source code; **(b)** from commencing or continuing employment with UniversalAGI, Inc.; **(c)** from commencing employment with any other competitor for a period of 12 months as required by his Confidential Information and Invention Assignment Agreement; and **(d)** from accessing, modifying, or deleting any files on any personal devices or cloud accounts ever connected to his OriGen work laptop or that otherwise contain OriGen confidential information (including the USB device connected January 30, 2026 and the OneDrive account linked to danielbadawi8@gmail.com) pending forensic imaging by a neutral third party; **(2)** compelling Defendant to submit his personal electronic devices and cloud account credentials to a forensic neutral for inspection and remediation and to

immediately return all other OriGen confidential information, trade secrets, and source code; and **(3)** granting limited expedited forensic discovery.

NOTICE: In accordance with L. Civ. R. 65.1, Plaintiff has provided actual notice of this application to Defendant and counsel for his prospective employer via email and overnight delivery on February 17, 2026. Plaintiff respectfully requests an immediate telephone conference or hearing.

Respectfully submitted,

Dated: February 17, 2026

*/s/ John J. Powell*
John J. Powell (*pro hac vice* forthcoming)
Edward J. Heffernan (*pro hac vice* forthcoming)
Anna Volkov (Bar ID #547712025)
MONTGOMERY McCRACKEN
  WALKER & RHOADS LLP
1735 Market Street
Philadelphia, Pennsylvania 19103
(215) 772-7298
jpowell@mmwr.com
eheffernan@mmwr.com
avolkov@mmwr.com

*Counsel for Plaintiff OriGen.AI, Inc.*