**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ORIGEN.AI, INC.,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL BADAWI,<br>　　　　　　　　　Defendant. | Case No. 2:26-cv-01558<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

THIS MATTER having been brought before the Court by Plaintiff OriGen.AI, Inc. ("Plaintiff"), seeking a Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65; and it appearing that Defendant *has notice of this application*; and the Court having considered Plaintiff's verified complaint, Plaintiff's memorandum of law in support of its motion for temporary restraining order and preliminary injunction, the declarations of Ruben Rodriguez Torrado, Ph.D. and exhibits thereto, the declaration of David Castiñeira Areas, Ph.D. and exhibits thereto, the declaration of Alberto Pumar Jiminez and exhibit thereto, and the declaration of John J. Powell and exhibits thereto;

IT APPEARING that Plaintiff has demonstrated a likelihood of success on the merits of its claims for breach of contract and trade secret misappropriation; that Defendant has misappropriated OriGen source code by retaining it in a personal cloud account; that Defendant executed a false certification regarding the return of data; that immediate and irreparable harm will result to Plaintiff before the Defendant can be heard in opposition; that any temporary inconvenience Defendant may experience is substantially outweighed by the serious, immediate, and irreparable harm Plaintiff faces without court intervention; and that issuance of this Order is in the public interest, as the public has a substantial interest in the enforcement of valid contracts;

IT IS on this ____ day of February, 2025, **ORDERED** that Defendant Daniel Badawi appear before the Honorable _____ at the U.S. District Court, 50 Walnut Street, Newark, New Jersey 07101, on the ____ day of _____, 2026, at ____ [a.m./p.m.], to show cause why a Preliminary Injunction should not issue; and

**IT IS FURTHER ORDERED** that, pending the return date of this Order to Show Cause, Defendant Daniel Badawi, and any person acting in concert with him, is **TEMPORARILY RESTRAINED** from:

1. Accessing, using, disclosing, or disseminating any OriGen confidential information, trade secrets, or source code;

2. Accessing the "Daniel – Personal" OneDrive folder and the USB storage device identified in the Pumar Declaration, except to facilitate forensic imaging by Plaintiff's expert;

3. Commencing employment with UniversalAGI in the role of Reservoir Engineer or in any role involving physics informed neural networks; and

4. Destroying or altering any data on any electronic device or cloud account in his possession, custody, or control.

**IT IS FURTHER ORDERED** that the parties shall engage in **EXPEDITED DISCOVERY** as follows:

1. Within 24 hours, Defendant shall produce and provide to a neutral forensic expert for imaging (a) the USB storage device identified in the Pumar Declaration and (b) any other electronic device on which Defendant accessed, saved, downloaded, or otherwise copied any OriGen confidential information, trade secrets, or source code; and (c) credentials for and full access to the "Daniel – Personal" OneDrive account referenced in the Pumar declaration;

2. Within 24 hours, Defendant shall return to OriGen all hardcopy or printed materials referencing or encompassing OriGen confidential information, trade secrets, or source code; and

3. Within 72 hours, Defendant shall produce to OriGen copies of all communications between Defendant and UniversalAGI, Inc. or any third party (other than his counsel) relating in any way to OriGen or its confidential information, trade secrets, or source code sufficient to permit OriGen to reasonably assess any disclosure of its confidential information, trade secrets, or source code to UniversalAGI, Inc. or any third party;

4. Defendant shall appear for a deposition regarding the issues raised in the Complaint within seven (7) days of this Order.

**IT IS FURTHER ORDERED** that:

1. Plaintiff shall serve a copy of this Order and the papers upon which it is based on Defendant by email within one hour of its electronic filing with a copy by overnight mail by tomorrow, February ___, 2026, at noon; and

2. Plaintiff shall post security in the amount of $1,000.00, which the Court finds sufficient under the circumstances.

BY THE COURT:

_____

UNITED STATES DISTRICT JUDGE