# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ORIGEN.AI, INC., | |
| Plaintiff, | Case No. _____ |
| v. | **DECLARATION OF DAVID CASTIÑEIRA AREAS** |
| DANIEL BADAWI | |
| Defendant. | |

I, David Castiñeira Areas, declare as follows:

1.      I am the Chief Operating Officer and Chief Engineer at OriGen.AI, Inc. ("OriGen").  I submit this declaration in support of OriGen's complaint and motion for temporary restraining order against Daniel Badawi.  I have personal knowledge of the facts set forth herein.

## Friday, January 30, 2026

2.      At approximately 6:15 p.m. EST on January 30, 2026, I received a phone call from Daniel Badawi.  Badawi informed me that he had received a job offer from another company.  He told me that he would resign from OriGen and accept the position at the new employer unless OriGen increased his salary by $50,000 and allowed him to relocate to Houston, Texas.  He said he would give the company until Sunday to make a counteroffer.  I asked him to identify the company that had made him the offer.  He refused to provide the name.

3.      At approximately 11 p.m. on January 30, Badawi emailed me a copy of the offer letter he received from the new company, to prove the salary offered by the new company in support of Badawi's request that OriGen increase his salary.

4.      The document was heavily redacted to conceal the identity of the prospective employer.  The name and address of the new employer were redacted.  The document states that he would be reporting to the new company's CEO, but the CEO's name was redacted.  The DocuSign envelope ID number was redacted.  The date of the offer letter was redacted.  A copy of the redacted offer letter is attached hereto as Exhibit A.

<u>Monday, February 2, 2026</u>

5.      Badawi resigned on February 2, 2026.

6.      Under his CIIAA with OriGen, Badawi was required upon the termination of his employment with OriGen to execute a termination certification in the form attached to his CIIAA.  By executing the termination certification, a departing employee certifies at the time of their departure that they have returned all OriGen confidential information to the company, that they no longer have access to that information, and that they will abide by the confidentiality obligations and restrictive covenants in their employment agreements with OriGen.

7.      By the afternoon of February 2, Badawi had not yet returned an executed copy of his termination certification, so I prepared and sent him a DocuSign version of his termination certification that could be executed electronically.  I sent the termination certification to Badawi by DocuSign at 3:29 p.m.  Shortly thereafter, at 3:31 p.m., I sent Badawi an email providing offboarding instructions.  That email stated in part "you should have received by email the Termination Certification for your signature via DocuSign" and requested that he review the document and, "if everything looks correct, complete the signing process."  A copy of the DocuSign log for the termination certification is attached as Exhibit B.  A copy of my February 2 email to Badawi is attached as Exhibit C.

<u>Tuesday, February 3,2026</u>

8.      On February 3, I sent Badawi a reminder about the termination certification.

9.      At 10:15 a.m. on February 3, Badawi replied to my offboarding email to him the day before.  Badawi's February 3 email states "***I have signed the document***," referring to the termination certification.  (Emphasis added.)  A copy of this email is attached as Exhibit D.

10.     Badawi had not signed the document.  The DocuSign log shows that he viewed the document at 8:59 a.m. and opened it in DocuSign at 10:15 a.m., but then closed the document without signing it.  Ex. B.

11.     After sending his email claiming to have signed the termination certification, at 10:31 a.m., Badawi printed the document.  Ex. B (DocuSign log).  But he did not execute it at that time.  As of close of business on February 3, DocuSign listed the document's status as "Waiting for Daniel Badawi."  A copy of a screenshot showing the status of the document as it appeared at that time is attached as Exhibit E.

<u>Monday, February 9, 2026</u>

12.     I am aware that on February 9, at 2:36 p.m., Badawi sent an email to OriGen's counsel in which Badawi stated: "I have signed the termination certification sent to me on Monday 02/02/2026."

13.     Badawi had not signed the termination certification I sent him on February 2.  As of 2:36 p.m. on February 9, 2026, that document remained unexecuted in DocuSign.  *See* Ex. B.

14.     I am aware that counsel for UniversalAGI sent an email to OriGen's counsel at 7:09 p.m. on February 9, in which UniversalAGI stated "Daniel did respond and provided . . . the signed termination certification."

15.     Daniel had not provided the signed termination certification.  As of 7:09 p.m. ET on February 9, 2026, OriGen had not received an executed copy of the termination certification in any form other than DocuSign, and the DocuSign termination certification I sent Badawi on February 2 remained unexecuted.  *See* Ex. B.

16.     At 7:47 p.m. on February 9, 2026, Badawi finally executed the termination certification in DocuSign.  The executed certification states "I do not have in my possession, nor have I failed to return, any … records, data, … materials, … documents …, or copies or reproductions of any aforementioned items belonging to Origen.AI, Inc."  A copy of the certification executed on February 9 is attached as Exhibit F.

I declare under penalty of perjury under the laws of the United States and the State of New Jersey that the foregoing is true and correct.

Executed on February 12, 2026.


_____
David Castiñeira Areas

16.     At 7:47 p.m. on February 9, 2026, Badawi finally executed the termination certification in DocuSign.  The executed certification states "I do not have in my possession, nor have I failed to return, any … records, data, … materials, … documents …, or copies or reproductions of any aforementioned items belonging to Origen.AI, Inc."  A copy of the certification executed on February 9 is attached as Exhibit F.

I declare under penalty of perjury under the laws of the United States and the State of New Jersey that the foregoing is true and correct.

Executed on February 12, 2026.

David Castiñeira Areas

<u>Exhibits to Declaration of David Castineiras</u>

Ex. A.  Redacted Offer Letter

Ex. B   DocuSign log

Ex. C   Email from Castineira to Badawi, Feb. 2, 2026 at 3:31 p.m.

Ex. D   Email from Badawi to Castineira, Feb. 3, 2026 at 10:15 a.m.

Ex. E   Screenshot of termination certification DocuSign status, created Feb. 7, 2026

Ex. F   Termination Certification executed on February 9, 2026 at 7:47 p.m.

Dear ___Daniel Badawi___ :

      We are very pleased to offer you full-time employment with ━━━━━━ (the "*Company*"). You will be reporting to ━━━━ the Company's Chief Executive Officer , with an anticipated commencement date of __February 16, 2026__ . Your work location will be ━━━━━━ ━━━━━━ and you will be expected to be present during regular business hours. You will have the customary duties and responsibilities of the position and such other reasonable duties and responsibilities as shall be assigned to you from time to time. You agree to devote your full time and best efforts to the performance of your duties to the Company. This is a full-time exempt position.

The terms of our offer and the benefits currently provided by the Company are as follows:

      **1.**     **Compensation/Benefits.** We are offering you starting compensation at the annual salary of __$220,000__ less applicable withholdings and deductions. You will be eligible to receive employee benefits according to the terms of the applicable Company policy or benefit plan, as in effect or amended from time to time. Wages are paid in accordance with the Company's normal payroll procedures. You should note that the Company may modify job titles, salaries, and benefits from time to time as it deems necessary or appropriate and in accordance with applicable laws.

      **2.**     **Equity.** Subject to the approval of the board of directors (the "*Board*") of the Company, you will be granted an option to acquire __135,000__ shares of Company's capital stock. All shares will be subject to the terms and conditions of Company's equity incentive plan ("*Plan*") and the applicable option agreement. Subject to your continuing to provide services through the relevant vesting dates, it is anticipated that the incentive equity will vest as follows: 1/4th of the Vesting Shares shall vest on the 12-month anniversary of the commencement of your employment, and an additional 1/48th of the Vesting Shares shall vest each month thereafter. Such stock options will have an exercise price equal to its fair market value as of the date of grant, as determined by the Board.

      **3.**     **Company Policies.** As a Company employee, you will be expected to abide by the Company's rules and policies which may change from time to time in accordance with applicable laws.

      **4.**     **Confidential Information/Nondisclosure/Nonsolicitation of Employees.** As an employee of the Company, you will have access to certain confidential information of the Company and you may, during the course of your employment, develop certain information or inventions that will be the property of the Company. To protect the Company's interests, as a condition of your employment with the Company, you will be required to sign the Company's Employee Invention Assignment and Confidentiality Agreement, a copy of which is enclosed (the "*Confidentiality Agreement*").

      **5.**     **No Conflicts; No Breach of Obligations to Prior Employers.** We wish to impress upon you that we do not want you to, and we hereby direct you not to, bring with you any confidential or proprietary material of any former employer or violate any other obligations you may have to any former employer. By signing below, you agree that (a) there is no lawful reason to prevent you from accepting a position with the Company and (b) your signing of this offer letter, agreement(s) concerning unit options or restricted unit granted to you, if any, and the Confidentiality Agreement, and your commencement of employment with the Company, will not violate any agreement currently in place between yourself and current or past employers. We ask that, if you have not already done so, you disclose to the Company any and all agreements relating to your prior employment that may affect your eligibility to be employed by the Company or limit the manner in which you may be employed by the Company. It is the Company's understanding that any such agreements will not prevent you from performing the duties of your position with the Company, and you represent that such is the case.

By:_____

Chief Executive Officer

I have read and understood this offer letter and hereby acknowledge, accept and agree to the terms as set forth above and further acknowledge that no other commitments were made to me as part of my employment offer except as specifically set forth herein.

Signature: _____

Printed Name: _____ Daniel Badawi _____

Date: _____

**Enclosures:** Employee Invention Assignment and Confidentiality Agreement

CASTINEIRA DECL.
EXHIBIT B

**Subject**
Complete with Docusign: termination
certification.pdf

**Document**
termination certification.pdf

**Document Id**
c323e778-94d5-4603-b30f-
b3bcb5793a77

**Recipients**
Daniel Badawi

**Date Sent**
2/2/2026 | 02:29:57 pm

**Date Created**
2/2/2026 | 02:26:36 pm

**Status Date**
2/9/2026 | 07:47:34 pm

**Location**

**Holder**
David Castineira Areas

**Time Zone**

Page 1 of 6

| Time | User | Action | Activity | Status |
|------|------|--------|----------|--------|
| 2/2/2026 \| 02:26:36 pm | David Castineira Areas | Registered | The envelope was created by David Castineira Areas | Created |
| 2/2/2026 \| 02:29:09 pm | David Castineira Areas | Auto Tagging | David Castineira Areas used auto tagging to add fields | Created |
| 2/2/2026 \| 02:29:57 pm | David Castineira Areas | Sent Invitations | David Castineira Areas sent an invitation to Daniel Badawi [danielbadawi8@gmail.com] | Sent |
| 2/3/2026 \| 08:59:16 am | Daniel Badawi | Opened | Daniel Badawi opened the envelope [documents:(termination certification.pdf)] | Sent |
| 2/3/2026 \| 08:59:24 am | Daniel Badawi | Viewed | Daniel Badawi viewed the envelope [documents:(termination certification.pdf)] | Delivered |
| 2/3/2026 \| 10:15:21 am | Daniel Badawi | Opened | Daniel Badawi opened the envelope [documents:(termination certification.pdf)] | Delivered |
| 2/3/2026 \| 10:15:23 am | Daniel Badawi | Viewed | Daniel Badawi viewed the envelope [documents:(termination certification.pdf)] | Delivered |
| 2/3/2026 \| 10:32:25 am | Daniel Badawi | Printable Copy Delivered | Daniel Badawi received a printable copy of the envelope | Delivered |
| 2/7/2026 \| 07:27:42 am | David Castineira Areas | Opened | David Castineira Areas opened the envelope [documents: (termination certification.pdf)] | Delivered |
| 2/7/2026 \| 07:27:44 am | David Castineira Areas | Viewed | David Castineira Areas viewed the envelope [documents: (termination certification.pdf)] | Delivered |

| Language | IP | Source |
|---|---|---|
| English (us) | 2601:2c6:4a80:a410:5897:6fbe:5ab1:baab | api |
| English (us) | 2601:2c6:4a80:a410:5897:6fbe:5ab1:baab | api |
| English (us) | 2601:2c6:4a80:a410:5897:6fbe:5ab1:baab | api |
| English (us) | 2600:4041:44c1:6a00:f83d:f3ad:c6d:8b42 | web |
| En | 2600:4041:44c1:6a00:f83d:f3ad:c6d:8b42 | web |
| English (us) | 2600:4041:44c1:6a00:f83d:f3ad:c6d:8b42 | web |
| En | 2600:4041:44c1:6a00:f83d:f3ad:c6d:8b42 | web |
| En | 2600:4041:44c1:6a00:f83d:f3ad:c6d:8b42 | web |
| English (us) | 172.58.48.0 | web |
| En | 172.58.48.0 | web |

| Time | User | Action | Activity | Status |
|------|------|--------|----------|--------|
| 2/7/2026 \| 05:02:50 pm | David Castineira Areas | Printable Copy Delivered | David Castineira Areas received a printable copy of the envelope | Delivered |
| 2/9/2026 \| 12:15:47 am | Daniel Badawi | Opened | Daniel Badawi opened the envelope [documents:(termination certification.pdf)] | Delivered |
| 2/9/2026 \| 12:15:51 am | Daniel Badawi | Viewed | Daniel Badawi viewed the envelope [documents:(termination certification.pdf)] | Delivered |
| 2/9/2026 \| 12:16:11 am | Daniel Badawi | Printable Copy Delivered | Daniel Badawi received a printable copy of the envelope | Delivered |
| 2/9/2026 \| 12:22:20 am | Daniel Badawi | Printable Copy Delivered | Daniel Badawi received a printable copy of the envelope | Delivered |
| 2/9/2026 \| 07:47:25 pm | Daniel Badawi | Opened | Daniel Badawi opened the envelope [documents:(termination certification.pdf)] | Delivered |
| 2/9/2026 \| 07:47:29 pm | Daniel Badawi | Viewed | Daniel Badawi viewed the envelope [documents:(termination certification.pdf)] | Delivered |
| 2/9/2026 \| 07:47:34 pm | Daniel Badawi | Signed | Daniel Badawi signed the envelope | Completed |
| 2/9/2026 \| 07:47:36 pm | David Castineira Areas | Printable Copy Attached to Email | David Castineira Areas was sent the document (termination certification.pdf) attached to the completed email | Completed |
| 2/9/2026 \| 07:47:36 pm | Daniel Badawi | Printable Copy Attached to Email | Daniel Badawi was sent the document (termination certification.pdf) attached to the completed email | Completed |

| Language | IP | Source |
|---|---|---|
| English (us) | 2607:fb90:9227:c5a0:1c8b:e33:603e:a880 | api |
| English (us) | 173.63.135.42 | web |
| En | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |
| En | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |
| En | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |
| English (us) | 173.63.135.42 | web |
| En | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |
| En | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |
| Na | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |
| Na | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |

| Time | User | Action | Activity | Status |
|------|------|--------|----------|--------|
| 2/9/2026 \| 07:47:44 pm | Daniel Badawi | Opened | Daniel Badawi opened the envelope [documents: (termination certification.pdf)] | Completed |
| 2/9/2026 \| 07:47:48 pm | Daniel Badawi | Viewed | Daniel Badawi viewed the envelope [documents: (termination certification.pdf)] | Completed |
| 2/9/2026 \| 07:47:55 pm | Daniel Badawi | Printable Copy Delivered | Daniel Badawi received a printable copy of the envelope | Completed |
| 2/9/2026 \| 08:10:05 pm | David Castineira Areas | Opened | David Castineira Areas opened the envelope [documents: (termination certification.pdf)] | Completed |
| 2/9/2026 \| 08:10:07 pm | David Castineira Areas | Viewed | David Castineira Areas viewed the envelope [documents: (termination certification.pdf)] | Completed |
| 2/9/2026 \| 08:15:39 pm | David Castineira Areas | Printable Copy Delivered | David Castineira Areas received a printable copy of the envelope | Completed |
| 2/10/2026 \| 09:07:56 am | David Castineira Areas | Archive Delivered | David Castineira Areas received a copy of the envelope archive | Completed |

| Language | IP | Source |
|---|---|---|
| English (us) | 173.63.135.42 | web |
| En | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |
| En | 2600:4041:44c1:6a00:a1fb:3d54:c216:6f04 | web |
| English (us) | 73.136.20.235 | web |
| En | 73.136.20.235 | web |
| English (us) | 2601:2c6:4a80:a410:c459:d05a:45f1:c92b | api |
| English (us) | 135.84.167.43 | web |

**CASTIÑEIRA DECL.
EXHIBIT C**

On Mon, Feb 2, 2026 at 3:31 PM <david.castineira@origen.ai> wrote:

Dear Daniel,

I hope this email finds you well. I am writing to provide you with some required information related to your separation from OriGen.AI:

- Your final paycheck will be issued by the next regularly scheduled payday.

- Unemployment insurance notice (Form BC-10, "Instructions for Claiming Unemployment Benefits") must be provided to all separating employees. You can access the form here, but it's also attached to this email (see file BC10.pdf). You will need a registration number, which is 462-283-648/000.

- Finally you should have received by email the Termination Certification for your signature via DocuSign. Please review the document and, if everything looks correct, complete the signing process at your earliest convenience. Once signed, a copy will automatically be sent to you for your records.

Thank you, and I wish you all the best in your future endeavors.


**David Castiñeira Areas, PhD**
COO and Chief Engineer at OriGen.AI
Phone: (+1) 512- 417-2569
Email: David.Castineira@origen.ai;
LinkedIn: https://www.linkedin.com/in/davidcastineira

*OriGen.AI - "Real Time Simulation and Optimization"  (https://www.origen.ai/)*

**From:** Daniel Badawi <danielbadawi8@gmail.com>
**Sent:** Tuesday, February 3, 2026 10:15 AM
**To:** david.castineira@origen.ai
**Cc:** Ruben Rodriguez Torrado <rubentorrado@origen.ai>
**Subject:** Re: Form BC-10 and Termination Certification

Hello David,

I have signed the document, and I am attaching the i-983 document which needs to be signed by OriGen. I am attaching the document to this email. On page 5, below my signature, you or Ruben can sign so I can submit this to the DSO at TAMU.

Regarding the payments, I believe there are 4 retro-payments that have not been paid to me yet, this is when my offer was upgraded in August 2025. Also, the second part of my annual bonus is still pending. Up to August 2025 my annual bonus was $3,500, and after that it was upgraded to $10,000. The only bonus amount I received is $2,845.21.

Please let me know if anything else is needed from my end,

All the best,
Daniel

On Mon, Feb 2, 2026 at 3:31 PM <david.castineira@origen.ai> wrote:

Dear Daniel,


I hope this email finds you well. I am writing to provide you with some required information related to your separation from OriGen.AI:


- Your final paycheck will be issued by the next regularly scheduled payday.


- Unemployment insurance notice (Form BC-10, "Instructions for Claiming Unemployment Benefits") must be provided to all separating employees. You can access the form here, but it's also attached to this email (see file BC10.pdf). You will need a registration number, which is 462-283-648/000.

- Finally you should have received by email the Termination Certification for your signature via DocuSign. Please review the document and, if everything looks correct, complete the signing process at your earliest convenience. Once signed, a copy will automatically be sent to you for your records.

Thank you, and I wish you all the best in your future endeavors.

**David Castiñeira Areas, PhD**

COO and Chief Engineer at OriGen.AI

Phone: (+1) 512- 417-2569

Email: David.Castineira@origen.ai;

LinkedIn: https://www.linkedin.com/in/davidcastineira

*OriGen.AI - "Real Time Simulation and Optimization" (https://www.origen.ai/)*

2



# EXHIBIT B

## TERMINATION CERTIFICATION

This is to certify that I do not have in my possession, nor have I failed to return, any devices, records, data, notes, reports, proposals, lists, correspondence, specifications, drawings, blueprints, sketches, laboratory notebooks, flow charts, materials, equipment, other documents or property, or copies or reproductions of any aforementioned items belonging to Origen.AI, Inc., a Delaware corporation, its subsidiaries, affiliates, successors or assigns (collectively, the "Company").

I further certify that I have complied with all the terms of the Company's Confidential Information and Invention Assignment Agreement (the "Confidentiality Agreement")signed by me, including the reporting of any Inventions (as defined therein), conceived or made by me (solely or jointly with others) covered by the Confidentiality Agreement, and I acknowledge my continuing obligations under the Confidentiality Agreement.

I further agree that, in compliance with the Confidentiality Agreement, I will preserve as confidential all trade secrets, confidential knowledge, data or other proprietary information relating to products, processes, know-how, designs, formulas, developmental or experimental work, computer programs, databases, other original works of authorship, customer lists, business plans, financial information or other subject matter pertaining to any business of the Company or any of its employees, clients, consultants or licensees.

I further agree that for twelve (12) months immediately following the termination of my Relationship with the Company, I shall not either directly or indirectly solicit any of the Company's employees or consultants to terminate their relationship with the Company, or attempt to solicit employees or consultants of the Company, either for myself or for any other person or entity.

Additionally, I understand and agree that I have 24 hours following the termination of my relationship with the Company to return all assets in my possession, including but not limited to devices, equipment, documents, and any other Company property, in good working condition, considering normal wear and tear. Failure to return all such assets within this time frame may result in further action.

I further acknowledge and agree that at the moment of the termination of my relationship with the Company, I am forbidden from using any of the Company's access credentials, logins, or other means to access OriGen.AI's systems, platforms, or any other Company property, including but not limited to obtaining or downloading confidential data and client information. I further agree to immediately return all Company property, data, and information in my possession or control upon termination.

Further, I agree that I shall not use any Confidential Information of the Company to influence any of the Company's clients or customers from purchasing Company products or services or to solicit or influence or attempt to influence any client, customer or other person

Doc ID: 2b0126988dd019091d9b68d616b954b0fd1b0edb

either directly or indirectly, to direct any purchase of products and/or services to any person, firm, corporation, institution or other entity in competition with the business of the Company.

Date: 2/9/2026

**EMPLOYEE:**

Daniel Badawi

(Print Employee's Name)

*Daniel Badawi*

(Signature)

4140-7524-8664.1