# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORIGEN.AI, INC., | |
| Plaintiff, | Case No. _____ |
| v. | **DECLARATION OF** |
| DANIEL BADAWI | **ALBERTO PUMAR JIMÉNEZ** |
| Defendant. | |

I, Alberto Pumar Jiménez, declare as follows:

1.      I am AI Team Lead at OriGen.AI, Inc. ("OriGen").  I submit this declaration in support of OriGen's complaint and motion for a temporary restraining order against Daniel Badawi.  I have personal knowledge of the facts set forth herein.

<u>Background</u>

2.      I am an artificial intelligence software engineer with substantial experience in the field.  I hold a bachelor's degree in software engineering and almost a decade of professional experience in software development.  I joined OriGen in 2021 in the role of JavaScript Engineer. I have held the role of OriGen AI Team Lead since November 2024.  In that role, I oversee the day-to-day research, development, construction, operation, training, optimization, and application of OriGen's AI models and software platforms.  These duties include the technical supervision of engineering staff—including Daniel Badawi—as well as managing our codebase security and IT systems administration.  I am based in OriGen's office in Hoboken, New Jersey. Before his departure from OriGen, Daniel Badawi was also based in OriGen's Hoboken office.

Monday, February 2, 2026

3.      On February 2, 2026, I arrived for work at OriGen's office in Hoboken at approximately 8:30 a.m.  When I arrived at the office on February 2, Badawi was already there. At approximately 9:00 a.m. of February 2, OriGen's CEO, Dr. Ruben Torrado arrived at the office.

4.      At approximately 9:00 a.m. on February 2, Dr. Torrado informed Badawi that his access to OriGen computer systems was terminated.  Dr. Torrado collected from Badawi the work laptop OriGen had issued to him.  The serial number of the OriGen laptop collected from Badawi on February 2 is Serial No. 44C4KS3.

5.      At 11:00 a.m., Dr. Torrado conducted an exit interview with Badawi.  I was present at the exit interview.  After that meeting, Badawi requested that he be permitted to access the company laptop one last time to delete several personal files relating to taxes and immigration that he had saved on the computer.  Dr. Torrado noted that Badawi did not have authorization to save personal files on the computer but consented to Badawi briefly accessing the computer for the sole purpose of removing those files on the condition that Badawi did so under my direct observation and supervision.

6.      Badawi then accessed the computer.  I observed Badawi open a folder on the computer's desktop and delete four or five files that, as far as I could tell, appeared to me to be documents related to taxes and immigration.  Before I had an opportunity to object, Badawi right clicked the Recycle Bin icon on the desktop and selected the option to "Empty Recycle Bin." Badawi then stated that he was going to log out of certain personal accounts.  I observed him open the application Google Chrome and sign out of two personal profiles.  While this was happening, Dr. Torrado stated that Badawi's actions had exceeded the scope Dr. Torrado had authorized and instructed Badawi to step away from the computer.  Badawi complied.

7.    At Dr. Torrado's instruction, I resumed control of the laptop and shut it down. Badawi provided me with the password for the computer and told me the path of two folders on the computer which contained code/scripts he though could be useful for us.

<u>Friday, February 6, 2026</u>

8.    On the afternoon of Friday, February 6, 2026, Dr. Torrado directed me to review the information on the company laptop retrieved from Badawi to determine if he had downloaded or retained access to any of OriGen's confidential material.

9.    At approximately 5:50 p.m. on February 6, I turned the laptop on and immediately disconnected it from the internet.

10.    The following described OriGen's findings based on my preliminary review of Badawi's company laptop.

*Personal OneDrive ("Daniel – Personal" Folder)*

11.    Upon inspecting the contents of the hard drive, I discovered a folder entitled "Daniel – Personal" that had been configured to "sync" with a Microsoft OneDrive account.

12.    Based on my professional experience, I am aware that OneDrive is a service provided by Microsoft that allows users to store information on third-party computer servers. When a local fold-er on a computer is linked to a OneDrive account, any data placed in that folder is automatically copied and transmitted from the local de-vice to Microsoft's cloud servers.  Consequently, syncing this folder automatically moved Ori-Gen's data out of our SOC II Type 2 certified IT systems and into an external server controlled exclusively by Badawi and Microsoft.  For this rea-son, OriGen prohibits the use of per-sonal OneDrive accounts on company devices.

13.     I investigated the configuration to try to determine who owned and controlled the account.

14.     I determined that the "Daniel – Personal" folder on the company laptop was synced directly to a Microsoft OneDrive account linked to the email address danielbadawi8@gmail.com.

15.     The name "Daniel – Personal" suggested that the folder contained personal files belonging to Daniel Badawi.  Upon opening the folder, however, I found that it contained a massive quantity of OriGen's proprietary and confidential information.

16.     The synced folder entitled "Daniel – Personal" contained, among other things:

(a)     complete copies of the last version of OriGen's computer source code to which Badawi had access;

(b)     novel unpublished algorithms created in-house by OriGen and protected as trade secrets;

(c)     detailed information regarding OriGen's proprietary neural network architecture,

(d)     data and results from thousands of software development and AI model experiments, and

(e)     keys to access OriGen's development virtual machines.

17.     While conducting my review of the folder, I took screenshots of the folder's directory and contents.  A selection of the screen shots I created during this review are attached hereto as **Exhibit A**.

18.     The following are a just a few of hundreds of possible examples of specific files that appear in the synced "Daniel – Personal" folder (and which therefore have been exfiltrated to Badawi's personal cloud account) that contain trade secrets and highly confidential information proprietary to OriGen.

a. The synced folder contains a subfolder named "Documents" which contains a subfolder named "validate_model". This subfolder contains a set of files which represent the core computer code of OriGen's intellectual property. The code in these files contains and embodies deep neural network architecture for one of OriGen's latest AI models. *See* Ex. A at A-02 (validate model folder). *See also Ex.* A at A-11 (showing "train.py" to contain code).

b. The synced folder contains a subfolder named "Desktop" which contains a subfolder named "keys". This folder contains copies of all of OriGen's keys to access its development virtual machines. *See* Ex. A at A-03 (keys folder).

c. The synced folder contains a subfolder named "Documents" which contains a file entitled "subsurface_mapping" that contains confidential information relating to the subsurface mapping of actual energy reservoirs. This folder also contains highly sensitive data files used for reservoir modeling, including the files named "scalers.npy", "PVDO.npy", and "SATNUM.npy" (saturation numbers). *See* Ex. A at A-02,

19.     Based on my professional experience, the OneDrive status icons visible in the synced folder (e.g., green checkmarks and cloud icons) confirm that these files were successfully and completely synced to the cloud. Most if not all of OriGen's confidential materials synced to the "Daniel – Personal" folder feature these green check marks or cloud icons, confirming those materials were exfiltrated to Badawi's personal cloud storage and remain in his possession. It is important to note that the "modified date" of an individual file is not the date that file was synced with OneDrive; Windows, modified date refers to the date and time the file itself was last modified and syncing to one drive normally does not modify the synced file.

*Windows System Log (USB Storage Device)*

20.    Based on my professional experience, I am aware that the Windows operating system generates a file named "setupapi.dev" which is a standard system log file. This file records the details of device and driver installations on your computer. When a new device, such as a USB drive, is plugged in, Windows logs the event in this file. The file typically contains plain text entries that include timestamps, device identifiers (Device IDs), driver file paths, and status messages indicating whether an installation was successful or if errors occurred.

21.    On the evening of Friday, February 6, 2026, OriGen reviewed the Windows log file named setupapi.dev on the laptop previously issued to Badawi to determine if external storage devices had been used to remove data.

22.    The Widows system log for that device contained entries confirming that a USB mass storage device was connected to Badawi's laptop on Friday, January 30, 2026, at 8:53 p.m.

23.    The system logs show that, after the first connection at 8:53 p.m., the same device was then connected several additional times over the following few minutes.

24.    The log identifies the connected device as "General UDisk" and a Device Instance ID of "USB\VID_ABCD&PID_1234…".

25.    When saved as a PDF file, the system log is extremely voluminous. The following are an excerpts of text from that file showing the first connection of the device:

>>>  [Device Install (Hardware initiated) -
USB\VID_ABCD&PID_1234\6&26b4cbd4&0&2]
>>>  Section start 2026/01/30 20:53:14.062  . . .

>>>  [Device Install (Hardware initiated) -
SWD\WPDBUSENUM\_??_USBSTOR#Disk&Ven_General&Prod_UDisk&R
ev_5.00#7&1b3ffe65&0&_&0#{53f56307-b6bf-11d0-94f2-00a0c91efb8b}]
>>>  Section start 2026/01/30 20:53:14.359 . . .

26.    Based on my experience, the information in the system log is indicative of a generic, unencrypted USB storage drive.

27.      OriGen policies prohibit connecting USB storage devices to company computers.

<u>Monday, February 9, 2026</u>

28.      I am aware of an email Badawi sent to OriGen's counsel on February 9, 2026 at 2:36 p.m.  This email contains several statements I know to be false.  I will address them in turn below.

*Timing of USB Connection*

29.      Badawi's February 9 email states: "The USB was connected on Sunday 02/01/2026."

30.      This statement is false.  The USB storage device connected to Badawi's work laptop was not connected on Sunday, February 1, 2026.

31.      The system log confirms that the USB drive was connected several times on Friday, January 30, 2026, beginning at 8:53 p.m.  The system log shows no connection of a USB storage device on February 1, 2026.

*Alleged Uploads to Google Drive*

32.      Badawi's email to OriGen counsel on February 9 states that "On … Monday 02/02/2026, I asked Ruben and Alberto if they would allow me to upload these PDFs to my google drive, they agreed, and I did it in front of them."

33.      This is a complete fabrication.  At no time on Monday, February 2, 2026 did Badawi ask me to allow him to upload any PDFs to a Google drive.  At no point did I agree to such a request.  At no point on February 2 did Badawi upload documents to a Google drive in front of me.

34.      At no time on February 2 did I observe Badawi ask Dr. Torrado to allow him to upload PDFs to a Google drive.  At no time did I observe Dr. Torrado agree to such a request.

Docusign Envelope ID: 51340AD0-5FC9-48E7-8949-CA456E0A5729

At no time did I observe Badawi upload documents to a Google drive in front of Dr. Torrado. Upon information and belief, at all times that Dr. Torrado and Badawi were both present in the office on February 2, I was also present.

35.     I closely observed Badawi's actions on the laptop on February 2.  As stated above, Badawi only deleted local files, emptied the Recycle Bin, and logged out of Chrome profiles before Dr. Torrado stopped him, I took note of the password and two paths Daniel suggested could be important for us, and I physically seized the computer.


I declare under penalty of perjury under the laws of the State of New Jersey and the Laws of the United States that the foregoing is true and correct.


Executed on February 12, 2026

_____

Alberto Pumar Jiménez

8























```python
from ████████ import *
import ██████████████ as pl
from ██████ import
from l█████ import ████████


class Model(pl.LightningModule):
    def __init__(self, ti=0, Nx=118, Ny=181, Nz=16, in_channels=19, out_channels=2, cwd=None, data_path=None):
        s████████████████████

        █
        █████████
        █████████████████
        ██████████████████████████████
        ████████████████

        ██████████████████████████████
        █████████████████
        █
        ████████████████████████████
        █
        ████████████████████████

        ████████████████████████████████
        ████████████████
        ███████████
        ██████████████████████████
        █████████████████████████████████████
        ███████████████████████████
        █████████████████████████████████
        █████████████████
        ██████████████████
        █████████████████
        ██████████████
        )

        ███████████████████████████████████████████         f'T{self.ti-1}_T{self.ti}/model_{self.ti-1}_{self.ti}.pt',
```

Docusign Envelope ID: 51340AD0-5FC9-48E7-8949-CA456E0A5729

A-13





A-14



## OneDrive Settings

# Notifications

- Sync and backup
- Account
- Notifications
- About

| | |
|---|---|
| Notify me when syncing is paused | On |
| Notify me when others share with me or edit my shared items | On |
| Notify me when a large number of files are deleted in the cloud | On |
| Notify me when "On this day" memories are available | On |
| Notify me to load files from my other accounts to this PC | On |

**Storage**

0.2 GB used of 5 GB (4%)

Upgrade

Get the OneDrive mobile app

Get help

Give feedback

